3:21-CV-0004-J-34MCR

This action is being filed by a Pro Se Civil Rights Complaint and a motion to proceed in forma Pauperis in the United States District Court Middle District of Florida Jacksonville Division.

Case number 2009-1421-CF-52

Plaintiff Frederick Lee Young vs. Defendant Clerk of The Court 7th Judicial Circuit Court

Plaintiff alleges Clerk of the Court violated his Constitutional rights by failing to correct illegal sentencing thats been recorded and documented by the Supreme Court of Florida City of Tallahassee Case number SC19-976 Acknowledgment of new Case.

As to relief plaintiff seeks ~~[struck out]~~ Compensation for false imprisonment.

It is hereby signed and dated by Frederick Lee Young   January 3, 2021

FILED 2021 JAN -6 PM 1:04 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA